IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAYMOND CARRION,

      Appellant,

v.

AMERICAN AIRLINES/
SEDWICK/CMS,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4008

Opinion filed May 3, 2017.

An appeal from an order of Judge of Compensation Claims.
Gerardo Castiello, Judge.

Date of Accident: August 17, 2015.

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Kimberly D. Proano and Michael A. Hernandez of Jones, Hurley & Hand, P.A., Orlando, for Appellees.

PER CURIAM.

      AFFIRMED.

WOLF, RAY, and BILBREY, JJ., CONCUR.